UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DENNIS HALFPENNY**, *et al.*<br><br>   Plaintiffs,<br><br>   vs.<br><br>**NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER**, *et al.*<br><br>   Defendants. | CASE NO. 1:20-cv-02735<br>Honorable Sharon Johnson Coleman |

**JOINT STATUS REPORT**

Plaintiffs Dennis Halfpenny and Sharon Halfpenny, Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper and Defendant SN Servicing Corporation, through their respective Counsel, and for their Joint Status Report pursuant to this Court's September 16, 2020 (Doc. 29) state as follows:

Since the telephonic status conference on September 16, 2020, the parties have continued to engage in discovery. Initial written discovery and initial document production should be complete by December 23, 2020.

The Plaintiffs and each individual Defendant have continued to engage in good faith settlement discussions but do not believe at this time that a settlement conference is appropriate.

Respectfully submitted:

| | |
|---|---|
| */s/Brian D. Flick*<br>Brian D. Flick (OH #0081605)<br>Marc E. Dann (OH #0039425)<br>Dann Law<br>P.O. Box 6031040<br>Cleveland, OH 44103 | s/ Molly E. Thompson (per email authority 12/09/2020)<br>Harry N. Arger (harger@dykema.com)<br>Molly E. Thompson (mthompson@dykema.com) |

1

Telephone: (216) 373-0539
Facsimile: (216) 373-0536
notices@dannlaw.com

Thomas A. Zimmerman, Jr.
*tom@attorneyzim.com*
Sharon A. Harris
*sharon@attorneyzim.com*
**ZIMMERMAN LAW OFFICES, P.C.**
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020
Facsimile: (312) 440-4180
*www.attorneyzim.com*

*Counsel for Plaintiffs Dennis Halfpenny and Sharon Halfpenny*

DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
Telephone: (312) 876-1700
Facsimile: (312) 627-2302

*Counsel for Defendant Nationstar Mortgage, LLC d/b/a Mr. Cooper*

/s/ Jon J. Lieberman (per email authority 12/09/2020)
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Telephone: (513) 444-4100
 bankruptcy@sottileandbarile.com

*Attorney for SN Servicing Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2020, I electronically filed the foregoing *Joint Status Report* with the Clerk of Court using the CM/ECF system, which sent electronic notification of the filing on the same day and was served upon all counsel of record via the Court's CM/ECF system.

*/s/Brian D. Flick*
Brian D. Flick (OH #0081605)
Marc E. Dann (OH #0039425)
Dann Law
*Counsel for Plaintiffs Dennis Halfpenny and Sharon Halfpenny*